UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00554 (APM) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiff hereby provides Proof of Service for Plaintiff's Complaint. On 18 March 2021, the Civil Process Clerk at the United States Attorney's Office for the District of Columbia orally confirmed receipt of the Summons and Complaint, although the United States Postal Service ("USPS") tracking system lost track of the envelope en route. The USPS tracking system similarly lost track of the copies mailed via Certified Mail to the Department of Justice ("DOJ") and the U.S. Attorney General, but the undersigned has been unable to reach any Department of Justice official to confirm receipt of that copy, despite multiple phone calls to multiple relevant numbers. Accordingly, since the DOJ's and Attorney General's copies were mailed over two weeks ago in the same envelope, and since the Civil Process Clerk of the U.S. Attorney's office received service of a contemporaneously mailed envelope four days ago (which would have been delivered to the same DOJ Mail Processing Center in Landover, MD), the Court should consider service to have been effected on 18 March 2021.

Date:   March 22, 2021

          Respectfully submitted,

          <u>/s/ Kelly B. McClanahan</u>
          Kelly B. McClanahan, Esq.
          D.C. Bar #984704
          National Security Counselors
          4702 Levada Terrace
          Rockville, MD 20853
          301-728-5908
          240-681-2189 fax
          Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*