UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 21-0554 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties, Plaintiff Shawn Musgrave and Defendant Department of Justice ("DOJ"), by and through counsel, files this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests to the Federal Bureau of Investigation ("FBI") Office of Information Policy ("OIP"), Executive Office for United States Attorneys ("EOUSA"), and DOJ Criminal Division relating in whole or in part to the @DevinCow Twitter account. Plaintiff filed his original complaint on March 3, 2021 (ECF No. 1) and Defendant filed its Answer on May 19, 2021 (ECF No. 6). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUESTS

**FBI:** Plaintiff submitted a FOIA request to the FBI on November 9, 2020. The request contained five subparts that each sought a different set of documents related to the @DevinCow Twitter account. At the administrative stage, the FBI asserted *Glomar* with respect to the entire request and OIP affirmed. As previously reported in Defendant's Status Report (ECF No. 7), the FBI was in the process of conducting a search for documents responsive to the subparts 1-3 of Plaintiff's FOIA request and evaluating its response to subparts 4-5 of Plaintiff's FOIA request.

Since the last Status Report, the FBI completed its search for documents responsive to the subparts 1-3 of Plaintiff's FOIA request and informed Plaintiff on May 25, 2021 of its determination that no responsive records were located after a reasonable search.  With respect to subparts 4-5 of Plaintiff's FOIA request, the FBI informed Plaintiff on May 25, 2021 of its determination that the requests did not reasonably describe the records sought.

**OIP:**  OIP has completed its responsiveness review and made its final production to Plaintiff on October 27, 2021.  Plaintiff is in the process of reviewing the records with counsel.  Counsel for Plaintiff and Defendant will now confer in good faith and attempt to resolve or narrow any issues that may remain upon completion of Plaintiff's review.

**EOUSA:**  Plaintiff submitted FOIA requests to EOUSA on May 18, 2021.  The requests sought (1) all records about or referencing the @DevinCow Twitter account maintained by any division of the U.S. Attorney's Office for the District of Columbia and (2) certain emails and attachments related to any actual or potential subpoena of Twitter from January 1, 2019 forward.  EOUSA has completed its search and has approximately 711 pages of potentially responsive records.  EOUSA intended to release records this week to Plaintiff but encountered some unexpected technical issues that have delayed the release.  EOUSA tentatively estimates that it will release records to Plaintiff on or before May 9, 2022.

**Criminal Division:**  Plaintiff submitted FOIA requests to DOJ's Criminal Division on May 18, 2021.  The first requests sought emails (and attachments) sent between the Criminal Division and crystal.griner@uscp.gov pertaining to an actual or potential subpoena to Twitter, from January 2019 forward.  The second request sought records about or otherwise referencing the Twitter handle @DevinCow, a/k/a "Devin Nunes' Cow," created or maintained by the Criminal Division.  The DOJ Criminal Division's search is ongoing.  In addition, Plaintiff and the Criminal Division

through counsel are currently discussing a proposal around narrowing the scope of the requests and search for potentially responsive records by limiting its search of custodians employed within specific offices and sections within Criminal Division. Once an agreement has been reached between the parties, the Criminal Division anticipates completing its searches within sixty days.

## *OPEN AMERICA* STAY

Defendant does not anticipate seeking a stay under *Open America* at this time, but may seek to do so in the future should the circumstances of the case require Defendant to seek one.

## *VAUGHN* INDEX /BRIEFING SCHEDULE

In light of the case's current posture, Defendant believes that it is too early to know whether it will be necessary for it to prepare a *Vaughn* index or to brief dispositive motions because it has neither completed its review of potentially responsive records to Plaintiff's FOIA requests nor produced any records to Plaintiff. While Defendant processes any responsive records and after Defendant makes its final release determinations for Plaintiff's FOIA requests, counsel for Plaintiff and Defendant will confer in good faith and attempt to resolve or narrow any issues.

## NEXT JOINT STATUS REPORT

Defendant respectfully proposes that the parties submit a Joint Status Report on July 1, 2022, to update the Court on the status of Plaintiff's FOIA requests. A proposed order is attached for the Court's convenience.

- 4 -

| | |
|---|---|
| Dated:  May 4, 2022 | Respectfully submitted, |
| By: /s/ *Kelly Brian McClanahan* <br> Kelly Brian McClanahan <br> National Security Counselors <br> 4702 Levada Terrace <br> Rockville, MD 20853 <br> Telephone: (301) 728-5908 <br> Facsimile: (240) 681-2189 <br> Email: kel@nationalsecuritylaw.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ *Stephen DeGenaro* <br> STEPHEN DEGENARO, D.C. Bar #1047116 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-7229 <br> Email: stephen.degenaro@usdoj.gov <br><br> *Counsel for Defendant* |

Dated:  May 4, 2022

By: /s/ *Kelly Brian McClanahan*
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Email: stephen.degenaro@usdoj.gov

*Counsel for Defendant*