UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-0554 (APM) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 31, 2023 Minute Order, the parties, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice ("DOJ"), by and through counsel, hereby file this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests -- relating in whole or in part to the @DevinCow Twitter account -- to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division. The status of Defendant's searches and records processing is explained below.

2. **FBI:** As previously reported, Plaintiff submitted a five-part FOIA request to the FBI on November 9, 2020. The FBI completed its search for documents responsive to subparts 1-3 of Plaintiff's FOIA request and informed Plaintiff on May 25, 2021, of its determination that no responsive records were located after a reasonable search. With respect to subparts 4-5 of Plaintiff's FOIA request, the FBI informed Plaintiff on May 25, 2021 of its determination that the requests did not reasonably describe the records sought. Plaintiff believes that subparts 4 and 5

reasonably describe the records sought and declines to limit the scope of the request. The parties will confer and attempt to resolve this dispute.

3. **OIP**: As previously reported, OIP has completed its responsiveness review and made its final production to Plaintiff on October 27, 2021. On April 26, 2023, Defendant sent Plaintiff a draft search declaration. Plaintiff reviewed the draft and raised an additional question, which OIP is reviewing. The parties will confer further in an attempt to narrow their disagreements.

4. **EOUSA:** As previously reported, EOUSA completed its production of records on June 16, 2022.

5. **Criminal Division**: Since the last joint status report, the Criminal Division completed its initial review and the de-duplication of all pages of records potentially responsive to Plaintiff's request. The Criminal Division determined that there are approximately 13 pages of potentially responsive records, all of which will require consultation with other DOJ components. The Criminal Division anticipates sending out all consultations on or before May 15, 2023. The Criminal Division intends to make productions of any responsive, non-exempt records that have undergone the consultation process on a rolling basis as consultations are completed.

6. In light of the foregoing, the parties propose submitting a further joint status report on or before July 31, 2023, to update the Court on the status of Plaintiff's FOIA requests.

*   *   *

Dated:  May 1, 2023

By: /s/ Kelly Brian McClanahan
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ John J. Bardo
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 870-6770
Email: John.Bardo@usdoj.gov

*Counsel for Defendant*