UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-0554 (APM) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

It is respectfully requested that the Clerk of The Court please withdraw the appearance of Assistant United States Attorney Derek S. Hammond as counsel for the Defendant in the above-captioned case.  Undersigned counsel is departing his position at the Department of Justice and will continue his career in public service at another federal agency.

\*      \*      \*

Dated: July 10, 2023
   Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division


        By:    */s/ Derek S. Hammond*
          DEREK S. HAMMOND
          D.C. Bar # 1017784
          Assistant United States Attorney
          601 D Street, NW
          Washington, DC 20530
          202-252-2511
          Derek.Hammond@usdoj.gov

        *Attorneys for the United States of America*