UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-0554 (APM) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 2, 2023 Minute Order, the parties, Plaintiff Shawn Musgrave

and Defendant the U.S. Department of Justice ("DOJ"), by and through counsel, hereby file this

Joint Status Report.  The parties report as follows:

1.      This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted

separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four

DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of

Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and

(4) the DOJ Criminal Division.  The status of Defendant's searches and records processing is

below.

2.      **FBI:**  As previously reported, Plaintiff submitted a five-part FOIA request to the

FBI on November 9, 2020.  The FBI completed its search for documents responsive to the subparts

1-3 of Plaintiff's FOIA request and informed Plaintiff on May 25, 2021 of its determination that

no responsive records were located after a reasonable search.  With respect to subparts 4-5 of

Plaintiff's FOIA request, the FBI informed Plaintiff on May 25, 2021 of its determination that the

requests did not reasonably describe the records sought.  Plaintiff believes that subparts 4 and 5

reasonably describe the records sought and declines to limit the scope of the request.  On June 16, 2023 Plaintiff made a proposal to limit the scope of parts 4 and 5 of the request.  On July 31, FBI told Plaintiff that his proposal is not feasible given the Bureau's record systems.  The parties will continue to explore options for resolving this dispute.

3.      **OIP**:  As previously reported, OIP has completed its responsiveness review and made its final production to Plaintiff on October 27, 2021.  On April 26, 2023, Defendant sent Plaintiff a draft search declaration.  The parties are conferring regarding the scope of the search.

4.      **EOUSA:**  As previously reported, EOUSA completed its production of records on June 16, 2022.

5.      **Criminal Division:** The Criminal Division continues to process the records potentially responsive to Plaintiff's request and anticipates issuing a final response on or before August 31, 2023.

6.      In light of the foregoing, the parties propose submitting a further joint status report on or before October 30, 2023, updating the Court on the status of Plaintiff's FOIA requests.

*      *      *

Dated:  July 31, 2023

By: _/s/ Kelly Brian McClanahan_
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _/s/ John J. Bardo_
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 870-6770
Email: John.Bardo@usdoj.gov

*Counsel for Defendant*