UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEPARTMENT OF JUSTICE,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 21-0554 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's May 2, 2023 Minute Order, the parties, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice ("DOJ"), by and through counsel, respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division. The status of Defendant's searches and records processing is below.

2. **FBI**: The parties are at an impasse regarding whether subparts 4 and 5 reasonably describe the records sought and anticipate briefing this issue at summary judgment.

3. **OIP**: As previously reported, OIP completed its production on October 27, 2021.

4. **EOUSA**: As previously reported, EOUSA completed its production of records on June 16, 2022.

1

5. **Criminal Division**: The Criminal Division provided its final response to Plaintiff on August 31, 2023.

6. In light of the foregoing, the parties propose submitting a further joint status report on or before January 29, 2024, proposing a briefing schedule for any issues that remain in controversy.

| | |
|---|---|
| Dated:  October 30, 2023 | Respectfully submitted, |
| By: */s/ Kelly Brian McClanahan*<br>Kelly Brian McClanahan<br>National Security Counselors<br>4702 Levada Terrace<br>Rockville, MD 20853<br>Telephone: (301) 728-5908<br>Facsimile: (240) 681-2189<br>Email: kel@nationalsecuritylaw.org<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>United States Attorney's Office<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 870-6770<br>Email: John.Bardo@usdoj.gov<br><br>*Counsel for Defendant* |