UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-0554 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 31, 2023 Minute Order, the parties, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice ("DOJ"), by and through counsel, respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division.

2. All DOJ components have finished processing Plaintiff's request. Before proceeding with summary judgment briefing the parties will confer to narrow the issues in dispute.

3. The DOJ components will provide Plaintiff with information about the searches conducted and justifications for the withholdings.

4. The parties respectfully propose filing another joint status report in ninety days, on or before April 29, 2024.

Dated:  January 29, 2024                                     Respectfully submitted,

By: */s/ Kelly Brian McClanahan*                    MATTHEW M. GRAVES
Kelly Brian McClanahan                                  D.C. Bar #481052
National Security Counselors                          United States Attorney
4702 Levada Terrace
Rockville, MD 20853                                        BRIAN P. HUDAK
Telephone: (301) 728-5908                              Chief, Civil Division
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org              By: */s/ John J. Bardo*
                                                                         JOHN J. BARDO, D.C. Bar #1655534
*Counsel for Plaintiff*                                       Assistant United States Attorney
                                                                         United States Attorney's Office
                                                                         601 D Street, N.W.
                                                                         Washington, D.C. 20530
                                                                         Telephone: (202) 870-6770
                                                                         Email: John.Bardo@usdoj.gov

                                                                         *Counsel for Defendant*