UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>            Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-0554 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 2, 2024 Minute Order the parties, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice, by and through counsel, respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division.

2. The parties continue to work to narrow the issues in dispute prior to any summary judgment briefing. The Department of Justice provides the following update regarding each component's efforts to provide Plaintiff with descriptions of the searches and justifications for the withholdings.

    a. *FBI*: The FBI is working on a description of the search that it conducted and anticipates providing a search description to Plaintiff within the next thirty days.

    i. Plaintiff's response: Plaintiff asks the Court to order FBI to provide the description within fourteen days, out of recognition that he requested it from FBI in October 2023.

b. *OIP*: On February 28, 2024, OIP sent Plaintiff a description of the justification for its withholdings. OIP had previously sent Plaintiff a search description on April 27, 2023.

c. *EOUSA*: EOUSA is working on a draft *Vaughn* Index and a description of the search that it can send to Plaintiff within the next thirty days.

d. *Criminal Division*: The Criminal Division has prepared a draft declaration and draft Vaughn index, each of which are undergoing supervisory review. Defendant anticipates sending these materials to Plaintiff sometime this week.

3. The parties respectfully propose filing another Joint Status Report in forty-five days, on or before June 13, 2024.

Dated: April 29, 2024

Respectfully submitted,

By: /s/ Kelly Brian McClanahan
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ John J. Bardo
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 870-6770
Email: John.Bardo@usdoj.gov

*Counsel for Defendant*