UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 21-0554 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 3, 2024 Minute Order, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division.

2. The parties continue to work to narrow the issues in dispute prior to any summary judgment briefing. The Department of Justice provides the following update regarding each component's efforts to provide Plaintiff with descriptions of the searches and justifications for the withholdings since the last Joint Status Report (ECF No. 29).

　　a. *FBI*: The FBI provided Plaintiff with a description of the search on May 8, 2024.

　　b. *EOUSA*: EOUSA provided Plaintiff with a draft *Vaughn* Index and description of the search on June 12, 2024.

c. *Criminal Division*: While preparing the draft search description and *Vaughn* Index, the Criminal Division determined that a supplemental search was necessary. That search has now been completed and the Criminal Division is currently reviewing the records returned. Accordingly, the Criminal Division anticipates providing Plaintiff a draft search description and *Vaughn* index, and any reasonably segregable portions of non-exempt responsive records located in the supplemental search within thirty days.

d. *OIP:* Plaintiff is satisfied with OIP's descriptions of its search and withholdings that OIP provided previously.

3. The parties respectfully propose filing another Joint Status Report in sixty days, on or before August 12, 2024.

| | |
|---|---|
| Dated: June 13, 2024 | Respectfully submitted, |
| By: */s/ Kelly Brian McClanahan* <br> Kelly Brian McClanahan <br> National Security Counselors <br> 4702 Levada Terrace <br> Rockville, MD 20853 <br> Telephone: (301) 728-5908 <br> Facsimile: (240) 681-2189 <br> Email: kel@nationalsecuritylaw.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ John J. Bardo* <br> JOHN J. BARDO, D.C. Bar #1655534 <br> Assistant United States Attorney <br> United States Attorney's Office <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 870-6770 <br> Email: John.Bardo@usdoj.gov <br><br> *Counsel for Defendant* |