UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Civil Action No. 21-0554 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's June 18, 2024 Minute Order, Plaintiff Shawn Musgrave and Defendant the U.S. Department of Justice respectfully submit this Joint Status Report. The parties report as follows:

1. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted separate FOIA requests relating in whole or in part to the @DevinCow Twitter account to four DOJ subcomponents: (1) the Federal Bureau of Investigation ("FBI"); (2) the DOJ Office of Information Policy ("OIP"); (3) the Executive Office for United States Attorneys ("EOUSA"); and (4) the DOJ Criminal Division.

2. The parties have resolved their disagreements regarding all issues except for parts 4 and 5 of Plaintiff's request to the FBI.

3. The dispute turns on whether Plaintiff reasonably described the records sought in parts four and five of the request.

4. Defendant respectfully proposes filing a motion for summary judgment on parts 4 and 5 of the request to the FBI no later than November 4, 2024.

Dated:  August 12, 2024

By: /s/ *Kelly Brian McClanahan*
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 870-6770
Email: John.Bardo@usdoj.gov

*Counsel for Defendant*