UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

        Plaintiff,

  v.

DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 21-0554 (APM)

**LOCAL RULE 7(h) STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUNIE DISPUTE**

    1.    On November 9, 2020, Plaintiff submitted a FOIA request to the FBI for:

(1) All main file records about the Twitter account @DevinCow, a/k/a "Devin Nunes' Cow." For the remainder of this request, "@DevinCow" will be shorthand for "the Twitter account @DevinCow, a/k/a 'Devin Nunes' Cow."

(2) All cross-references in the Central Records System ("CRS") about @DevinCow.

(3) All internal emails or other correspondence records mentioning @DevinCow created or maintained by the Office of Congressional Affairs.

(4) All emails in the FBI email system(s) or personal email folders on personal computers, regardless of whether they are stored in the CRS, used by the Washington Field Office and San Francisco Field Office mentioning @DevinCow.

(5) All emails in the FBI email system(s) or personal email folders on personal computers, regardless of whether they are stored in the CRS, used by the Criminal, Cyber, Response, and Services Branch mentioning @DevinCow.

Ex A, FBI Request.

2. The FBI searched for records responsive to parts 1-3 of the request but did not locate any responsive records. Seidel Decl. ¶ 21-25.

3. Plaintiff is not contesting the FBI's response to parts 1-3. Jt. Status Report ¶¶ 2-4 (ECF No. 31).

4. The FBI was not able to search for records responsive to parts 4 and 5 because Plaintiff did not describe the records in sufficient detail to enable FBI personnel to locate records with a reasonable amount of effort. Seidel Decl. ¶¶ 4, 26-30.

5. Searching for records responsive to parts 4 and 5 would require the FBI to search the classified and unclassified email accounts of thousands of personnel located in hundreds of locations both in the United States and abroad. Seidel Decl. ¶ 29.

Dated: November 4, 2024                     Respectfully submitted,

                                                  MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:         */s/ John J. Bardo*
      JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*