UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:21-cv-00554 (APM) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES Plaintiff to respectfully request a one-week enlargement, until 25 November 2024, of his deadline to file his Opposition to Defendant's Motion for Summary Judgment. This Motion is due 18 November 2024. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. Last week, well after the parties agreed to the current briefing schedule, the undersigned was ordered to appear for an administrative hearing at the Defense Office of Hearings and Appeals in a security clearance appeal for another client on 21 November, which has required and will continue to require many hours of witness preparation. Accordingly, he proposed that the schedule be extended by one week for all parties, and Defendant's counsel graciously agreed.

This is the first extension for this filing. A proposed Order accompanies this Motion.

Date:   November 14, 2024

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*