**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:21-cv-00554 (APM) |
| | * |
| DEPARTMENT OF JUSTICE, | * |
| | * |
|    Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Amit P. Mehta
United States District Judge