UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:21-cv-00554 (APM) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff to respectfully request a further two-day enlargement, until 27 November 2024, of his deadline to file his Opposition to Defendant's Motion for Summary Judgment. This Motion is due today, 25 November 2024. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. This morning the undersigned proposed to Defendant's counsel that the parties engage in mediation on the limited issues which remain in controversy in this case to potentially remove the need for unnecessary briefing which would impose a burden on both the parties and the Court. While the undersigned was awaiting Defendant's response, he stopped working on the opposition and cross-motion which are due today. Now that Defendant has responded, stating that it does not wish to engage in mediation, there does not remain sufficient time to complete work on these filings by the current deadline. Accordingly, Plaintiff requests a two-day extension of his deadline and, after consulting with Defendant's counsel, the following modification of the remaining briefing schedule:

27 November – Plaintiff's Opposition to Summary Judgment and Cross-Motion for Summary Judgment

11 December – Defendant's Reply for Summary Judgement and Opposition to Plaintiff's Cross-Motion

19 December – Plaintiff's Reply for Summary Judgment

This is the second extension for this filing. A proposed Order accompanies this Motion.

Date:   November 25, 2024

                                                                                                             Respectfully submitted,

                                                                                                             /s/ Kelly B. McClanahan
                                                                                Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*