**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAWN MUSGRAVE,                           *
                                          *
    Plaintiff,                            *
                                          *
    v.                                    *          Civil Action No. 1:21-cv-00554 (APM)
                                          *
DEPARTMENT OF JUSTICE,                    *
                                          *
    Defendant.                            *
                                          *
*     *     *     *     *     *     *     *     *     *     *     *     *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Cross-Motion for Summary Judgment, any

Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.


_____
Amit P. Mehta
United States District Judge