UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 21-0554 (APM) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO COMPLETE SUMMARY JUDGMENT BRIEFING**

Defendant the Department of Justice respectfully moves the Court for an order enlarging the time to complete summary judgment briefing by thirty days. Plaintiff, through counsel, has consented to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

　　1.　On November 4, 2024, Defendant filed a motion for summary judgment in this Freedom of Information Act ("FOIA") case. See ECF No. 32. Plaintiff filed an opposition and cross motion on November 27, 2024. See ECF Nos. 35, 36

　　2.　Pursuant to the Court's November 26, 2024 minute order, Defendant's Reply for Summary Judgment and Opposition to Plaintiff's Cross-Motion is due December 11, 2024; and Plaintiff's Reply for Summary Judgment is due December 19, 2024, but Defendant seeks to enlarge the remaining deadlines by thirty days.

　　3.　The undersigned counsel is working to meet two briefing deadlines in other cases before the end of this week. These competing deadlines have made it difficult for the undersigned counsel to dedicate the time needed to write an opposition brief in this case.

1

4.      In addition, the undersigned counsel is working to respond to a motion for a preliminary injunction in a case brought under the Administrative Procedures Act.

5.      Thus, Defendant respectfully request that the Court enlarge its deadline to file an opposition and reply to January 10, 2025, and enlarge Plaintiff's deadline to file his reply to January 21, 2025.

6.      This extension is being sought in good faith and not for purposes of delay. A thirty-day extension will cause Plaintiff no prejudice. As noted above, Plaintiff consents to the relief sought in this motion.

Dated: December 10, 2024
       Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        By: */s/   John J. Bardo*
                                            JOHN J. BARDO, D.C. Bar # 1655534
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202) 870-6770

                                        *Attorneys for the United States of America*