UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

        Plaintiff,

v.

DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 21-0554 (APM)

## **PROPOSED] ORDER**

Upon consideration of Defendant's consent motion for extension of time to complete summary judgment briefing, and the entire record herein it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's cross opposition and reply shall be due by January 10, 2025 and Plaintiff's reply shall be due by January 21, 2025.

    SO ORDERED.

_____  
Date

_____  
AMIT P. MEHTA  
United States District Judge

3