UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 21-0554 (APM) |

**<u>ORDER</u>**

Upon consideration of Defendant's consent motion for extension of time to complete summary judgment briefing, and the entire record herein it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's cross opposition and reply shall be due by January 10, 2025 and Plaintiff's reply shall be due by January 21, 2025.

SO ORDERED.

_____　　　　　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3