UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 21-0554 (APM) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO COMPLETE SUMMARY JUDGMENT BRIEFING**

Defendant the Department of Justice respectfully moves the Court for an order enlarging the time to complete summary judgment briefing by fourteen days. Plaintiff, through counsel, has consented to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

1. The parties are halfway through the summary judgment briefing schedule in this Freedom of Information Act case. Pursuant to the Court's December 11, 2024 order granting Defendant's prior motion to extend, Defendant's cross opposition and reply is due by January 10, 2025 and Plaintiff's reply is due by January 21, 2025. See ECF No. 38.

2. Defendant appreciates the prior extension, but the undersigned counsel's competing deadlines have made it difficult to dedicate the time needed to write the cross opposition and reply in this case.

3. Specifically, the undersigned counsel is working to meet four reply brief deadlines during the week of January 13, 2025. Two of the cases involve an area of the law that the

undersigned counsel is less familiar with and writing these briefs has required him to conduct extensive legal research.

4. Thus, Defendant respectfully requests that the Court enlarge the briefing schedule so that Defendant's cross opposition and reply is due by January 24, 2025 and Plaintiff's reply is due by February 4, 2025.

5. Granting this extension will cause Plaintiff no prejudice. As noted above, Plaintiff consents to the relief sought herein.

Dated: January 9, 2025
Washington, DC

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By: */s/  John J. Bardo*
        JOHN J. BARDO, D.C. Bar # 1655534
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 870-6770

    *Attorneys for the United States of America*