UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 21-0554 (APM) |

**PROPOSED] ORDER**

Upon consideration of Defendant's consent motion for extension of time to complete summary judgment briefing, and the entire record herein it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's cross opposition and reply shall be due by January 24, 2025 and Plaintiff's reply shall be due by February 4, 2025.

SO ORDERED.

_____                                                                      _____
Date                                                                                         AMIT P. MEHTA
                                                                                             United States District Judge