UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 21-0554 (APM)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 7(h), Defendant submits the following response to Plaintiff's Statement of Material Facts as to which there is no genuine dispute.

**Plaintiff's Statement** 1: On 9 November 2020, Musgrave submitted to the Federal Bureau of Investigation ("FBI") the Freedom of Information Act ("FOIA") request identified in Paragraph 1 of Defendant's Local Rule 7(h) Statement of Material Facts as to Which There is No Genuine Dispute, Dkt. #32-1.

**Response**: Undisputed.

**Plaintiff's Statement 2**: FBI claims that it is not able to search for records responsive to Part 4 of the request because the request does not reasonably describe the records sought and would require an unreasonably burdensome search.

**Response**: Undisputed, but Defendant respectfully refers the Court to Paragraphs 28-30 of the Declaration of Michael Seidel (ECF No. 32-3) which explains why the FBI is unable to conduct the search.

\* \* \*

- 2 -

Dated: January 24, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*