UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

       Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 21-0554 (APM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's cross-motion for summary judgment, Defendant's response thereto and the entire record herein, it is hereby

ORDERED that Plaintiff's cross-motion for summary judgment is DENIED.

SO ORDERED:


_____                    _____
Date                                                         AMIT P. MEHTA
                                                                United States District Judge