UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:21-cv-00554 (APM) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF
TIME WITHIN WHICH TO FILE HIS REPLY IN SUPPORT OF
<u>HIS CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES Plaintiff to respectfully request a three-day enlargement, until 7 February 2025, of his deadline to file his Reply in Support of His Cross-Motion for Summary Judgment. This Motion is due today, 4 February 2025. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. In the last week, the undersigned has been overwhelmed with work due to fast moving developments in multiple cases, one of which required the filing of a motion for a temporary restraining order this morning. Due to this unexpected press of work, he has been unable to complete his work on this filing. He accordingly requests three additional days to file this final brief.

This is the first extension for this filing. A proposed Order accompanies this Motion.

Date:  February 4, 2025

                                    Respectfully submitted,

                                    /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*