UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00554 (APM) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF
TIME WITHIN WHICH TO FILE HIS REPLY IN SUPPORT OF
<u>HIS CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES Plaintiff to respectfully request a further three-day enlargement, until 10 February 2025, of his deadline to file his Reply in Support of His Cross-Motion for Summary Judgment. This Motion is due today, 7 February 2025. Defendant consents to this Motion.

Plaintiff has good cause to request this extension and apologizes for the lateness of the request. As previously noted, the undersigned had to file a motion for a Temporary Restraining Order ("TRO") on Tuesday in the case *Doe v. OPM*, No. 25-234 (D.D.C.), and Judge Moss conducted a hearing on that motion yesterday. In that hearing, Judge Moss denied the motion without prejudice and issued a schedule for the undersigned to file an amended complaint and renewed TRO motion by midnight tonight. The undersigned has accordingly been solely focused on completing these urgent filings for the last two days.

This is the second extension for this filing. A proposed Order accompanies this Motion.

Date:  February 7, 2025

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2