UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 21-0554 (APM) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

      Defendant the Department of Justice respectfully moves the Court for an order enlarging the time to file a renewed motion for summary judgment by fourteen days. Plaintiff, through counsel, has consented to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

      1.    The sole remaining issue in this Freedom of Information Act case is whether Plaintiff reasonably described the records sought in one subpart of his request to the Federal Bureau of Investigation.

      2.    The parties cross moved for summary judgment and on June 13, 2025, the Court issued an order denying both parties motions without prejudice. Order (ECF No. 45). In denying the motion, the Court determined that it needed an explanation of the burdens required in responding to subpart four of the request and ordered that "Defendant shall file its renewed motion for summary judgment by July 14, 2025; Plaintiff shall file his cross-motion by August 4, 2025; Defendant shall file its combined opposition and reply by August 18, 2025; and Plaintiffs shall file his reply by September 2, 2025."

3.      Defendant requires additional time to prepare its motion.  The undersigned counsel received a draft declaration from the FBI on July 11, 2025.  The undersigned counsel requires additional time to review the draft declaration and discuss any needed changes with the FBI.  The declaration may also require further review within the FBI and the U.S. Attorney's Office.

4.      Thus, to allow time to finalize the declaration Defendant respectfully requests that the Court enlarge the briefing schedule by fourteen days.  Specifically, Defendant requests that the Court order that Defendant shall file its renewed motion for summary judgment by July 28, 2025; Plaintiff shall file his cross-motion by August 18, 2025; Defendant shall file its combined opposition and reply by September 2, 2025; and Plaintiffs shall file his reply by September 16, 2025.

5.      Granting this extension will cause Plaintiff no prejudice.  As noted above, Plaintiff consents to the relief sought herein.

Dated: July 12, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/   John J. Bardo*
    JOHN J. BARDO, D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*