UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

       Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 21-0554 (APM)

## [PROPOSED] ORDER

Upon consideration of Defendants' consent motion to brief summary judgment, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendant shall file its renewed motion for summary judgment by July 28, 2025; Plaintiff shall file his cross-motion by August 18, 2025; Defendant shall file its combined opposition and reply by September 2, 2025; and Plaintiffs shall file his reply by September 16, 2025.

SO ORDERED.

_____                                                  _____
Dated                                                              AMIT P. MEHTA
                                                                     United States District Judge