UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 21-0554 (APM)

## ORDER

Upon consideration of Defendants' consent motion to brief summary judgment, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendant shall file its renewed motion for summary judgment by July 28, 2025; Plaintiff shall file his cross-motion by August 18, 2025; Defendant shall file its combined opposition and reply by September 2, 2025; and Plaintiffs shall file his reply by September 16, 2025.

SO ORDERED.

7/14/2025
Dated

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.07.14 10:36:23 -04'00'

AMIT P. MEHTA
United States District Judge

3