UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 21-0554 (APM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that summary judgment shall be entered in Defendant's favor.

SO ORDERED:

_____             _____
Date                                          AMIT P. MEHTA
                                              United States District Judge