UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00554 (APM) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO
DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to respectfully request a four-day enlargement, until 22 August 2025, of his deadline to file his Opposition to Defendant's Renewed Motion for Summary Judgment and Memorandum in Support of His Cross-Motion for Summary Judgment. This brief is due today, 18 August 2025. Defendant consents to this Motion.

Plaintiff has good cause to request this extension and apologizes for the lateness of the request. The undersigned was required to spend a significant amount of time last week and today addressing developments in several interrelated administrative matters, which have complicated his ability to work on this case. While the brief he will ultimately file in this case will be fairly straightforward and partiallly duplicative of the briefing of the previous motions, Defendant's renewed motion is different enough from its previous motion that some degree of adjustment is necessary. Accordingly, he asks for an extension until the end of the week to file these briefs.

This is the first extension for this filing. A proposed Order accompanies this Motion.

Date:   August 18, 2025

        Respectfully submitted,

        <u>/s/ Kelly B. McClanahan</u>
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        1451 Rockville Pike
        Suite 250
        Rockville, MD  20852
        501-301-4672
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*