**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-00554 (APM) |
| | * |
| DEPARTMENT OF JUSTICE, | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * *

# **ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Brief Enlargement of Time Within Which to File His Opposition to Defendant's Renewed Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Amit P. Mehta
United States District Judge