**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 1:21-cv-00554 (APM) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

## ORDER

UPON CONSIDERATION OF Defendant's Renewed Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Defendant's Motion is **DENIED**.

_____
Amit P. Mehta
United States District Judge