UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 21-0554 (APM) |

**CONSENT MOTION TO EXTEND THE REMAINING DEADLINES
IN THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant the Department of Justice respectfully moves the Court for an order enlarging the remaining deadlines in the summary judgment briefing schedule by eight days. Plaintiff, through counsel, has consented to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

1. The sole remaining issue in this Freedom of Information Act case is whether Plaintiff reasonably described the records sought in part 4 of his request to the Federal Bureau of Investigation.

2. Defendant filed its renewed motion for summary judgment on July 28, 2025 (ECF No. 48) and Plaintiff filed its opposition and cross motion on August 22, 2025 (ECF Nos. 50, 51).

3. Pursuant to the Court's July 14, 2025 Order (ECF No. 47) Defendant's deadline to file a reply and cross opposition is September 2, 2025 and Plaintiff's deadline to file a reply is September 16, 2025. Defendant respectfully seeks an additional eight days.

4. The undersigned counsel is working on two other briefs that are due in the coming week and one of those briefs is for an appellate case. The undersigned counsel is working to meet three additional appellate deadlines in September.

5. The undersigned counsel has also been working on a motion for summary judgment in a case involving grant terminations by the Department of Agriculture. This case involves complex questions of agency discretion and separation of powers.

6. These and other cases have prevented the undersigned counsel from dedicating the needed time to write the reply and cross opposition in this case.

7. Accordingly, Defendants respectfully request that the Court enlarge the briefing schedule so that Defendant's reply and cross opposition is due September 10, 2025 and Plaintiff's reply is due September 24, 2025.

8. Plaintiff consents to the relief sought in this motion and thus granting this extension will cause Plaintiff no prejudice. An eight-day extension will not meaningfully delay resolution of this case.

Dated: July 12, 2025
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　By: */s/   John J. Bardo*
　　　　　　　　　　　　　　　　　　　　　JOHN J. BARDO, D.C. Bar # 1655534
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 870-6770

　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*