UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

       Plaintiff,

v.                                                                              Civil Action No. 21-0554 (APM)

DEPARTMENT OF JUSTICE,

       Defendant.

## [PROPOSED] ORDER

Upon consideration of Defendants' consent motion to enlarge the summary briefing schedule, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendant shall file its combined opposition and reply by September 10, 2025; and Plaintiffs shall file his reply by September 24, 2025.

SO ORDERED.

_____                                                                    _____
Dated                                                                                  AMIT P. MEHTA
                                                                                         United States District Judge