UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 21-0554 (APM) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Defendant respectfully submits this response to Plaintiff's Local Rule 7(h) statement of material facts as to which there is no genuine dispute.

1. On 9 November 2020, Musgrave submitted to the Federal Bureau of Investigation ("FBI") the Freedom of Information Act ("FOIA") request identified in Paragraph 1 of Defendant's Local Rule 7(h) Statement of Material Facts as to Which There is No Genuine Dispute, Dkt. #32-1.

 **Response**: Undisputed.

2. FBI claims that it is not able to search for records responsive to Part 4 of the request because the request does not reasonably describe the records sought and would require an unreasonably burdensome search.

 **Response**: Undisputed but incomplete. Defendant respectfully refers the Court to the public declaration of Shannon Hammer (ECF No. 48-1), and the *ex parte, in camera* declaration, for a complete explanation of why processing the request would be unduly burdensome.

        \*  \*  \*

- 2 -

Dated: September 10, 2025 　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By:　　　　*/s/ John J. Bardo*
　　　　　　　　　　　　　　　　　　JOHN J. BARDO, D.C. Bar #1655534
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 252-2539

　　　　　　　　　　　　　　　　*Attorneys for the United States of America*