UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

       Plaintiff,

v.                                         Civil Action No. 21-0554 (APM)

DEPARTMENT OF JUSTICE,

       Defendant.

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's cross motion for summary judgment, Defendant's response thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:


_____                               _____
Date                                                       AMIT P. MEHTA
                                                            United States District Judge