UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00554 (APM) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

## PLAINTIFF'S NOTICE OF NON-FILING OF REPLY MEMORANDUM

Because Defendant's Opposition presents no arguments or information not already refuted in the memorandum of law accompanying Plaintiff's Cross-Motion for Summary Judgment, Plaintiff chooses not to unnecessarily burden the Court by reiterating the arguments he already made twice. Plaintiff agrees with Defendant that "the parties [sic] dispute turns on whether the FBI needs to search over 3,200 inboxes for any emails with the term '@DevonCow' [sic]." (Def.'s Reply Further Supp. Mot. Summ. J. & Opp'n Pl.'s Cross-Mot. Summ. J., Dkt. #54, at 4 (filed Sept. 10, 2025).) That is really the only question the Court needs to answer, and Plaintiff maintains that the case law and basic common sense mandate an affirmative response.

Date:   September 25, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*