# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Case No. 21-cv-554 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 56, the court grants Defendant's Renewed Motion for Summary Judgment, ECF No. 48, and denies Plaintiff's Cross-Motion for Summary Judgment, ECF No. 51.

This is a final, appealable order.

Dated: December 3, 2025

Amit P. Mehta
United States District Judge